UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 2015-217 (WOB-CJS)

**BRACK LEE LEDFORD**                                              **PLAINTIFF**

VS.                                    **ORDER**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                **DEFENDANT**


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 15), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is found not to be supported by substantial evidence and therefore **reversed**; that plaintiff's motion for summary judgment (Doc. 13) to remand this matter is **granted**; and that defendant's motion for summary judgment (Doc. 14) is **denied;** and the Commissioner's Decision is reversed and this matter is remanded to the Commissioner under sentence four of 42 U.S.C. §405(g), for further consideration with instructions for the ALJ to reconsider and adequately explain why she did not include the more restrictive limitations

opined by Dr. Vaughn. A separate Judgment shall enter concurrently herewith.

This 27th day of July, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge